UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80506-CIV-COHN/SNOW

STEPHEN WOODWARD and TINA WOODWARD,

    Plaintiffs,

vs.

HOFFMAN-LA ROCHE, INC., ROCHE
LABORATORIES, F. HOFFMANN LA-ROCHE AG,
and ROCHE HOLDING AG,

    Defendants.
_____/

## ORDER CONTINUING STAY

**THIS CAUSE** came before the Court upon Defendant Hoffmann-La Roche's Status Report in Compliance with Order Granting Emergency Motion for Stay [DE 219], which advises that Dr. Enrico Froelich remains unavailable due to ongoing medical treatment and requests another continuance of this Court's stay, originally issued on September 27, 2006 and continued for an additional sixty days on November 29, 2007. The Court has considered the Status Report, and is otherwise fully advised in the premises.

In Plaintiffs' original Motion to Stay [DE 166], to which Defendants agreed, Plaintiffs advised the Court that the witness was likely to be unavailable for deposition for a period of two to four months. Approximately two months later, on November 27, 2006, the Defendants filed their Status Report advising that the witness continued to be unavailable and would return to work, at the earliest, in another two months. Another two months has now passed, and Defendants again advise in their Status Report that the witness continues to be unavailable and will return to work, at the earliest, in another two months. The Court now finds itself approximately four months out from the original request to stay

this action, and nearly beyond the point at which the witness was originally expected to return to work.

While the Court appreciates the sensitivity of Dr. Froelich's medical information and the importance of his being given the time necessary to recover from his illness, the Court also notes the Plaintiffs' ongoing need for this crucial deposition testimony. Defendants again assert in this most recent Status Report that Dr. Froelich is expected to return to work, at the earliest, in eight weeks. Because Plaintiffs do not object at this time, it is hereby

**ORDERED AND ADJUDGED** that this Court's stay, originally entered on September 27, 2006, is hereby **CONTINUED** for an additional period of 60 days. **On March 30, 2007, this stay will expire.** On or before March 30, 2007, the Defendants must file a status report indicating that Dr. Froelich has been made available for deposition or showing cause why the Court should not enter an order compelling him to appear for deposition. Failure to comply with this Order will result in the Court issuing an Order to Compel. In the interim, the Court encourages the parties in the strongest possible terms to make arrangements for the taking of Dr. Froelich's deposition that will both accommodate his medical needs and provide the testimony needed by the Plaintiffs to move forward with this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of January, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Magistrate Judge Lurana S. Snow

Michael Ryan, Esq.
Jonathan Waller, Esq.
M. Clay Williams, Esq.
Paul L. Smith, Esq.
M. Raymond Hatcher, Esq.

Edward Moss, Esq.
Kathleen Patterson, Esq.
Kathryn Edwards, Esq.
Rocky Tsai, Esq.
Dennis O'Hara, Esq.