UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80506-CIV-COHN/HOPKINS

STEPHEN WOODWARD and
TINA WOODWARD, his wife,

    Plaintiff,

v.

HOFFMANN-LA ROCHE, INC.;
ROCHE LABORATORIES, INC.;
F. HOFFMAN LA-ROCHE AG;
and ROCHE HOLDING AG,

    Defendants.
_____/

**ORDER DENYING APPEAL OF MAGISTRATE JUDGE'S ORDER DENYING PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY [DE 263]**

**THIS CAUSE** is before the Court upon Plaintiffs' Objections to Magistrate's Order Denying Plaintiffs' Motion to Compel Supplemental Discovery [DE 263]. The Court has considered the Objections and Defendants' Response [DE281], and is otherwise fully advised in the premises. In the original Motion to Compel, Plaintiffs sought an Order compelling Defendants to comply with Fed. R. Civ. P. 26(e) and supplement discovery. Magistrate Judge Hopkins denied the Motion [DE 263], noting that Plaintiffs' motion to compel was duplicative of the preexisting obligation under Rule 26(e) to supplement discovery. Judge Hopkins also reminded Defendants "of their ongoing obligation to supplement pursuant to Fed. R. Civ. P. 26(e)."

Since that time, it appears that Defendants have produced extensive supplemental discovery, the sheer volume of which has, in fact, necessitated an extension of the expert discovery deadline and resulted in a Motion to Strike

Defendants' Pleadings [DE 285], currently under consideration upon referral by Judge Hopkins. Accordingly, it would appear that the matter of Plaintiffs' previous Motion to Compel this supplemental discovery is now moot, and any remaining issues regarding the supplemental discovery can be resolved in the consideration of Plaintiffs' current Motion to Strike. Thus, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Appeal [DE 266] of Magistrate Judge Hopkins' Order Concerning Plaintiffs' Motion to Compel Supplemental Discovery [DE 263] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 11th day of December, 2007.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record